IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED VAN LINES, L.L.C.,

      Plaintiff,  : CIVIL ACTION NO.: 1:06-CV-990

v.

ROBERT BRADLEY and
JUDITH BRADLEY,

      Defendants.

FILED
HARRISBURG
SEP 1 2 2006
MARY E. D'ANDREA, CLERK
Per_____
   Deputy Clerk

## ORDER

AND NOW, this 12TH day of September, 2006, it is hereby ORDERED and DECREED that Plaintiff United Van Lines, L.L.C.'s Motion For Alternative Service Upon Defendants Robert Bradley and Judith Bradley is GRANTED. It is further ORDERED that the time for service is extended for 60 days. It is further ORDERED that plaintiff may serve the defendants by (a) certified and first class mail and (b) publication of a notice in a newspaper published or general circulation in Jupiter, Florida and York, Pennsylvania.

                _____
                       J.

1354139 v.1